# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND   20770**
**301-344-0632**

September 3, 2015

Ms. Susanne Sinclair-Smith
Executive Director
Montgomery County Coalition for the Homeless
600-B East Gude Drive
Rockville, MD   20850

Dear Ms. Sinclair-Smith:

As you know, Montgomery County Executive Isaiah Leggett suggested that I contact you.

As the presiding Judge in an old class action case,[1] I am authorized on behalf of the Court to distribute what remains of settlement funds that could not be distributed. Counsel in the case have deferred to my selection.

In cases such as this, I have taken the position that the recipient should be a local charity with a wide impact.

For that reason, I asked County Executive Leggett if he could suggest a few possible recipients. He was particularly enthusiastic about the Montgomery County Coalition for the Homeless (MCCH), given the County's 10 Year Plan to end and prevent homelessness. I am agreeable to this and, by this letter, I am so advising counsel in the case.

Enclosed you will find a copy of the Order that will be entered today, directing that the $26,380.72 plus accrued interest be distributed to MCCH.

---

[1]   *In re: Mid Atlantic Medical Servs. Inc. Sec. Litig.*, Case No. PJM 95-2098 (D. Md).

-2-

I thank counsel for their assistance in this regard and wish MCCH the best in its campaign.

Sincerely yours,

Peter J. Messitte
Senior United States District Judge

PJM:ras
Enclosures

cc:    Court File

       All Counsel of Record

       Honorable Isaiah Leggett,
       County Executive
       Office of County Executive
       101 Monroe Street
       Second Floor
       Rockville, MD   20850

       Steven J. Toll, Esquire
       Genevieve Fontan, Esquire
       Cohen Milstein Sellers and Toll PLCC
       1100 New York Avenue, N.W.
       Suite 500 - East Tower
       Washington, D.C.   20005